UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 13-1678 ABC (RNBx) | Date | February 20, 2014 |
| Title | Paul Sapan -vs- Marilyn Rose Thomassen | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| A. Bridges | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**   **(IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

　　　IT IS ORDERED that plaintiff's counsel show cause in writing not later than **February 28, 2014**, why this action should not be dismissed for lack of prosecution as to defendant Marilyn Rose Thomassen an individual and dba Thomassen Law Group.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, no oral argument will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____	Proof of service of summons and complaint on defendants _____;

√	Answer by defendants Marilyn Rose Thomassen an individual and dba Thomassen Law Group or plaintiff's request for entry of default;

\_\_\_\_\_	Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

_____	Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____ : _____

Initials of Preparer　　　AB