JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>   Plaintiff,<br><br>  vs.<br><br>MARILYN ROSE THOMASSEN dba THOMASSEN LAW GROUP, an individual,<br><br>   Defendants. | Case No.: SACV 13-1678 -AB (RNBx)<br><br>**[proposed] FINAL JUDGMENT AGAINST DEFENDANT MARILYN ROSE THOMASSEN dba THOMASSEN LAW GROUP** |

- 1 -

[proposed] FINAL JUDGMENT

JS-6

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment shall be and hereby is entered on the Plaintiff's Complaint in the above-reference matter as follows:

1.    **Statutory Damages.**  Plaintiff is entitled to recover from Defendant the sum of ~~Nineteen~~ **Nine** Thousand Five Hundred Dollars ~~($19,500.00)~~ **($9,500.00)** on Plaintiff's Complaint.

~~2.    **Costs.**  Plaintiff is entitled to recover from Defendants the sum of Six Hundred Thirty Nine Dollars and Sixty Five Cents ($639.65) as costs of suit.~~

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED:  October 29, 2014

_____
Honorable André Birotte Jr.
U.S. District Court Judge

- 2 -

~~[proposed]~~ FINAL JUDGMENT